1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    JAMBRI SEAN JOHNSON, SR.,                    1:16-cv-00221 BAM (PC)

12              Plaintiff,

13         v.                                       ORDER TRANSFERRING CASE TO THE
                                                    SACRAMENTO DIVISION OF THE
14    DR. MOHAMED IBRAHIM, et al.,                  EASTERN DISTRICT OF CALIFORNIA

15              Defendant.

16

17         Plaintiff JamBri Sean Johnson ("Plaintiff"), a state prisoner proceeding pro se, has filed a

18    civil rights action pursuant to 42 U.S.C. § 1983. In his complaint, Plaintiff alleges violations of

19    his civil rights by defendants that took place in Solano County, which is part of the Sacramento

20    Division of the United States District Court for the Eastern District of California. Therefore, the

21    complaint should have been filed in the Sacramento Division.

22         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23    court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

24    will be transferred to the Sacramento Division.

25         Good cause appearing, IT IS HEREBY ORDERED that:

26         1.  This action is transferred to the United States District Court for the Eastern District of

27    California sitting in Sacramento; and

28    ///

                                                   1

2.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **February 22, 2016**                    /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE