UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMBRI SEAN JOHNSON, Sr., <br><br> Plaintiff, <br><br> v. <br><br> DR. MOHAMED IBRAHIM, et al., <br><br> Defendants. | No. 2:16-cv-0387-JAM-EFB P <br><br><br> ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to oppose defendant Chen's motion to dismiss. ECF No. 31. He also requests a courtesy copy of the motion because he never received a copy. Although the motion was originally mailed to plaintiff at his then current address of record (Deuel Vocational Institute), plaintiff was transferred to the California Men's Colony before ever receiving the motion. *Id.*

Good cause appearing, plaintiff's request (ECF No. 31) is granted. Plaintiff shall file an opposition to defendant's motion to dismiss within 30 days from the date of this order. Failure to so comply may result in a recommendation of dismissal. The Clerk of the Court shall also mail to plaintiff a copy of the motion (ECF No. 24) as a one-time courtesy.

So ordered.

Dated: June 13, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE