UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMBRI SEAN JOHNSON, Sr., | No. 2:16-cv-387-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| IBRAHIM, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On May 5, 2020, the court issued findings and recommendations to dismiss this action because plaintiff failed to oppose or otherwise respond to defendant Ibrahim's motion to dismiss. ECF No. 49. In his objections to the findings and recommendations, plaintiff states that he needs additional time to respond to the motion. ECF No. 50. Good cause appearing, the court will hold the findings and recommendations in abeyance for another thirty days to allow plaintiff another opportunity to respond to defendant Ibrahim's motion to dismiss.

Accordingly, IT IS ORDERED that plaintiff has 30 days to file a response to defendant Ibrahim's motion to dismiss. Should plaintiff fail to comply with this order, the findings and recommendations will be submitted to the district judge for consideration.

DATED: June 15, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE