UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMBRI SEAN JOHNSON, Sr.,<br><br>   Plaintiff,<br><br>   v.<br><br>IBRAHIM, et al.,<br><br>   Defendants. | No.  No. 2:16-cv-387-JAM-JDP P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On September 3, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

   The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed September 3, 2020, are adopted in full;

   2. Defendant's motion to dismiss (ECF No. 46) is granted in part insofar as:

1

a. Plaintiff's claim that defendant Ibrahim was deliberately indifferent in prescribing Tylenol post-surgery is dismissed without prejudice for failure to state a constitutional claim; and

b. The action shall proceed on plaintiff's remaining claim against defendant Ibrahim.

DATED: November 10, 2020          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE