UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMBRI SEAN JOHNSON, Sr.,

         Plaintiff,

   v.

IBRAHIM,

         Defendant.

Case No. 2:16-cv-00387-JAM-JDP (PC)

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL

ECF No. 65

Plaintiff has filed a motion to compel California Men's Colony, the institution where he is confined, to comply with a subpoena duces tecum. ECF No. 65. The motion fails to demonstrate that plaintiff is entitled to the requested relief, and it will therefore be denied.

As a threshold matter, plaintiff's motion does not establish that California Men's Colony, or any other entity, was properly served with a subpoena demanding the production of certain documents. *See* Fed. R. Civ. P. 45(b). Plaintiff's motion does not include a copy of the subpoena that was purportedly served on California Men's Colony, and plaintiff has not specified when and how the subpoena was served. Significantly, the docket does not reflect that plaintiff ever asked that this court issue him a subpoena. *See* Fed. R. Civ. P. 45(a)(2), (3). Thus, it does not appear that plaintiff properly served California Men's Colony with a valid subpoena.

The motion also fails to describe the documents plaintiff seeks to obtain from California Men's Colony. Consequently, the court is unable to assess whether the subpoena seeks relevant discovery or if compliance with the subpoena would impose an undue burden. *See* Fed. R. Civ. P. 45(d)(1).

For these reasons, plaintiff's motion to compel is denied. Plaintiff, however, will be granted an opportunity to file a properly supported motion to compel. Any renewed motion to compel must demonstrate that California Men's Colony was properly served with a subpoena duces tecum issued by this court. The motion should include a copy of the subpoena and explain why the demanded documents are relevant and not available from some other source that is more convenient. *See* Fed. R. Civ. P. 26(b)(2)(C).

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion to compel, ECF No. 65, is denied without prejudice.

2. Plaintiff is granted until June 3, 2021, to file a properly supported motion to compel.

3. The November 13, 2020 discovery and scheduling order is modified to extend the deadline for completion of discovery to June 3, 2021, for the limited purpose of allowing plaintiff to file a renewed motion to compel.

IT IS SO ORDERED.

Dated:   May 6, 2021                                    _____
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE