UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMBRI SEAN JOHNSON, SR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>IBRAHIM, *et al.*,<br><br>　　　　Defendants. | Case No. 2:16-cv-00387-JAM-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>ECF No. 74<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

　　　　In July 2021, defendants filed separate motions for summary judgment. ECF Nos. 68 & 69. Plaintiff did not file an opposition to either motion. Instead, he filed two motions that asked the court to defer ruling on defendants' motions and to compel defendant Ibrahim to provide further responses to his discovery requests. ECF Nos. 70 & 71. I denied both those motions and granted plaintiff until January 26, 2022, to file an opposition to defendants' motions for summary judgment. ECF No. 74. To date, plaintiff has not filed an opposition or statement of non-opposition to either motion.

　　　　To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439,

1

1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss the case for his failure to timely file an opposition or statement of non-opposition to defendants' motions. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute and for failure to comply with court orders. Should plaintiff wish to continue with this lawsuit, he shall also file an opposition or statement of opposition to defendants' motions.

Accordingly, it is hereby ORDERED that:

1. By no later than February 22, 2022, plaintiff shall show cause why this action should not be dismissed for failure to prosecute and for failure to comply with court orders.

2. Plaintiff shall file either an opposition or statement of non-opposition to defendants' motions for summary judgment by February 22, 2022.

3. Plaintiff is admonished that absent a showing of extraordinary cause, no extensions of this order's deadlines will be granted.

4. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: February 1, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE