UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMBRI SEAN JOHNSON, SR., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>IBRAHIM, *et al.*, <br><br>　　　　　Defendants. | Case No. 2:16-cv-00387-JAM-JDP (PC) <br><br> FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH COURT ORDERS <br><br> OBJECTIONS DUE WITHIN FOURTEEN DAYS |

　　　　In July 2021, defendants filed separate motions for summary judgment. ECF Nos. 68 & 69. Rather than filing an opposition to the motions, plaintiff filed two motions asking the court to defer ruling on defendants' motions and to compel further responses to his discovery requests. ECF Nos. 70 & 71. I denied both of those motions and granted plaintiff until January 26, 2022, to file an opposition to defendants' motions for summary judgment. ECF No. 74. Plaintiff did not file an opposition by that date. Accordingly, on February 1, 2022, I ordered plaintiff to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and for failure to comply with court orders. ECF No. 75. I notified him that if he wished to continue this lawsuit, he needed to file, by no later than February 22, 2022, an opposition or statement of non-opposition to defendants' motions. *Id*. I also warned him that failure to comply with the February 1 order would result in a recommendation that this action be dismissed.

　　　　The deadline has passed, and plaintiff has neither filed an opposition to defendants'

1

motion nor otherwise responded to the February 1, 2022 order. Accordingly, it is hereby RECOMMENDED that:

    1. this action be dismissed for failure to prosecute and failure to comply with court orders;

    2. defendants' motions for summary judgment, ECF Nos. 68 & 69, be denied as moot; and

    3. the Clerk of Court be directed to close the case.

I submit these findings and recommendations to the district judge under 28 U.S.C. § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. The parties may, within 14 days of the service of the findings and recommendations, file written objections to the findings and recommendations with the court. Such objections should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The district judge will review the findings and recommendations under 28 U.S.C. § 636(b)(1)(C).

IT IS SO ORDERED.

Dated:    February 23, 2022                        _____
                                                   JEREMY D. PETERSON
                                                   UNITED STATES MAGISTRATE JUDGE